UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
AVIN INTERNATIONAL BUNKERS SUPPLY S.A.,

                Plaintiff,

- against -

PENINSULA PETROLEUM LTD.,

                Defendant.
---------------------------------------------------------------X

08 CV 464 (GBD)

ECF CASE

**SO ORDERED**

*George B Daniel*

**HON. GEORGE B. DANIELS**

APR 3 0 2008

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendant that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

Furthermore, the attachment is hereby vacated, and any funds attached pursuant to the Ex-Parte Order and Process of Attachment issued herein shall be released to the Defendant, Peninsula Petroleum.

Dated: January 25, 2008
       Southport, CT

                    The Plaintiff,
                    AVIN INTERNATIONAL BUNKERS SUPPLY S.A.

                    By: _____
                    Nancy R. Peterson (NP 2871)
                    LENNON, MURPHY & LENNON, LLC
                    420 Lexington Ave., Suite 300
                    New York, NY 10170
                    Phone (212) 490-6050
                    Fax (212) 490-6070
                    nrp@lenmur.com